CENTER FOR DISABILITY ACCESS
Mark Potter, SBN 166317
Phyl Grace, Esq., SBN 171771
Christopher Seabock, SBN 279640
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, <br><br> Plaintiff, <br><br> v. <br><br> **E-Import LLC**, a California Limited Liability Company; and Does 1-10, <br><br> Defendants | **Case No**. 2:14-CV-00969-LKK-KJN <br><br> **Order Continuing Scheduling Conference** |

Having read Plaintiff's Declaration regarding the upcoming Scheduling Conference:

**IT IS ORDERED** that the Scheduling Conference and all accompanying dates be continued until September 22, 2014 at 11:00 a.m.

Date: **June 11, 2014**

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

-1-

Proposed Order continuing Scheduling Conferece      2:14-CV-00969-LKK-KJN  To