Russell S. Humphrey  (SBN 208744)
Humphrey Law Group
1420 S. Mills Avenue, Suite H
Lodi, CA  95242
TELEPHONE (209)625-8976
FACSIMILE (209)625-8673
E-MAIL: russell@humphreylawgroup.net
Attorney for Defendant E-Import LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>    vs.<br><br>E-IMPORT LLC, a California Limited Liability Company; and DOES 1-10,<br><br>        Defendants. | **2:14-cv-00969-LKK-KJN**<br><br>**FIRST STIPULATION AND REQUEST FOR EXTENSION TO FILE ANSWER ON COMPLAINT; ORDER**<br><br>Complaint served June 19, 2014 |

    IT IS HEREBY STIPULATED AND REQUSTED by and between Plaintiff, Scott Johnson, through his attorney of record Phyl Grace of Potter Handy ("Plaintiff"), and Defendant E-IMPORT LLC, through its attorney of record Russell S. Humphrey, ("Defendant") that the deadline be extended for Defendant to answer or otherwise respond to Plaintiff's Complaint through and including the date of **August 8, 2014**.

2:14-cv-00969
Stipulated for Extension to Answer; Proposed Order

- 1 -

This stipulation and request is necessary because Defendant requires additional time to respond due to the death of the principal of the Defendant.

Dated: July 22, 2014

Humphrey Law Group

_/s/ Russell S. Humphrey
By: RUSSELL S. HUMPRHEY
Attorney for DEFENDANT

POTTER HANDY, LLP

/s/ Phyl Grace
_____
By: PHYL GRACE
Attorney for PLAINTIFF

**IT IS SO ORDERED.**

DATED: July 22, 2014

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2:14-cv-00969
Stipulated for Extension to Answer; Proposed Order
- 2 -