UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**Scott Johnson**,

    Plaintiff,

  v.

**E-Import LLC,** a California Limited Liability Company; and Does 1-10,

    Defendants

Case: 2:14-cv-00969-MCE-KJN

**Order**

The Court, having been advised that this matter has been settled in its entirety, hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days.

    **IT IS SO ORDERED.**

**Dated:  December 10, 2015**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT