UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SCOTT JOHNSON**, <br><br>         Plaintiff, <br><br>    v. <br><br> **E-IMPORT LLC**, a California Limited Liability Company; and Does 1-10, <br><br>         Defendants, | **Case No**. 2:14-cv-00969-MCE-KJN <br><br> ORDER EXTENDING DATE FOR FILING DISMISSAL |

In accordance with the parties' stipulation, and good cause appearing, the deadline for filing a Dismissal in this matter is hereby extended to March 9, 2016.

IT IS SO ORDERED.

Dated:  February 29, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT