UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SCOTT JOHNSON**,<br><br>     Plaintiff,<br><br>   v.<br><br>**E-IMPORT LLC**, a California Limited Liability Company; and Does 1-10,<br><br>     Defendants. | Case No. 2:14-cv-00969-MCE-KJN<br><br>ORDER EXTENDING DATE FOR FILING DISMISSAL |

In accordance with the stipulation between Plaintiff SCOTT JOHNSON ("Plaintiff") and Defendant E-IMPORT LLC, a California Limited Liability Company ("Defendant"), and good cause appearing, the deadline for filing Dismissal in this matter is hereby extended to April 7, 2016.

IT IS SO ORDERED.

Dated: March 10, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT