UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>E-IMPORT LLC, a California Limited Liability Company; and Does 1-10,<br><br>　　　　Defendants, | Case: 2:14-cv-00969-MCE-KJN<br><br>**ORDER OF DISMISSAL** |

　　In accordance with the parties stipulation pursuant to Federal Rule of Civil Procedure 41(a)(1), and good cause appearing, this action is hereby dismissed with prejudice, each party to bear their own attorneys' fees and costs. The matter having now been resolved in its entirety, the Clerk of Court is directed to close the file.

　　IT IS SO ORDERED.

Dated: July 5, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　MORRISON C. ENGLAND, JR
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE